**ANDREW RAUCH, APC**
A Professional Law Corporation
Andrew K. Rauch (SBN 137657)
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (619) 515-1140
Facsimile: (619) 235-9100
Email: rauch@rauchapc.com

Attorneys for Defendant,
SANTA SUSANA GRF2, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SANTA SUSANA GRF2, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00576-PA-JPR<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT SANTA SUSANA GRF2, LLC TO DISMISS SECOND CAUSE OF ACTION OF COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Date:        April 5, 2021<br>Time:       1:30 p.m.<br>Judge:      Hon. Percy Anderson<br>Courtroom: 9A |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, that on April 5, 2021, the motion of Defendant, SANTA SUSANA GRF2, LLC to dismiss the Second Cause of Action of the Complaint for Lack of Subject Matter Jurisdiction will come on regularly for a

1

**NOTICE OF MOTION AND MOTION OF DEFENDANT SANTA SUSANA GRF2, LLC TO DISMISS SECOND CAUSE OF ACTION OF COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION**

hearing at 1:30 p.m. in Courtroom 9A of the above-captioned Court, the Honorable Percy Anderson, presiding.

This motion seeks the dismissal of the second cause of action, alleging violations of California's Unruh Civil Rights Act (hereinafter referred to as the "Unruh Act"), for lack of subject matter jurisdiction. Plaintiff was only able to file this claim in federal court by also alleging a claim for federal injunctive relief under the Americans with Disabilities Act (hereinafter referred to as the "ADA"). However, in light of the monetary relief sought by Plaintiff, his Unruh Act claim substantially predominates over his ADA claim. Moreover, the State of California's strong interest in interpreting and applying its heightened pleading requirements for claims brought under the Unruh Act, along with its strong interest in protecting its businesses and business owners from vexatious litigation, presents compelling reasons for this Court to decline to exercise supplemental jurisdiction over Plaintiff's state law cause of action. This Court's interest in discouraging forum-shopping further justifies declining supplemental jurisdiction. Accordingly, the Defendant requests this Court to decline supplemental jurisdiction over Plaintiff's Unruh Act claim, and grant Defendant's present motion to dismiss such claim for lack of subject matter jurisdiction.

The legal issues presented here have been an ongoing dispute regarding the same issues in prior litigation between defense counsel in this action who represents property and business owners in California and plaintiff's counsel who brings the

2

NOTICE OF MOTION AND MOTION OF DEFENDANT SANTA SUSANA GRF2, LLC TO DISMISS
SECOND CAUSE OF ACTION OF COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION

rapidly increasing number of construction-related ADA cases in federal court. The motion is supported by the Memorandum of Points and Authorities filed concurrently and the pleadings and records on file in this action.

    Defendant respectfully requests that its motion be granted.

Dated: March 5, 2021                               **ANDREW RAUCH, APC**

                                                               /s/ *Andrew K. Rauch*
                                                               _____
                                                               Andrew K. Rauch, Esq.
                                                               Attorneys for Defendant,
                                                               SANTA SUSANA GRF2, LLC