# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual, | Case No.: 2:21-cv-00576-PA-JPR |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT SANTA SUSANA GRF2, LLC TO DISMISS SECOND CAUSE OF ACTION OF COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION** |
| v. | |
| SANTA SUSANA GRF2, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive, | |
| Defendants. | Date:       April 5, 2021 |
| | Time:       1:30 p.m. |
| | Judge:      Hon. Percy Anderson |
| | Courtroom:  9A |

The Court having considered the motion of Defendant, SANTA SUSANA GRF2, LLC to dismiss the Second Cause of Action of the Complaint for Lack of Subject Matter Jurisdiction, the supporting papers and any opposition thereto, the argument of counsel, the records and documents on file in this action and for GOOD CAUSE APPEARING,

1

1  Hereby grants the motion to dismiss the Second Cause of Action of the Complaint by

2  Plaintiff, ANTHONY BOUYER.

3
4          IT IS SO ORDERED.

5  Dated: _____

6

7

8                                              _____
9                                              UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT SANTA SUSANA GRF2, LLC TO DISMISS
SECOND CAUSE OF ACTION OF COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION**