JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER,<br>　　　　Plaintiff,<br>　v.<br>SANTA SUSANA GRF2, LLC, ET AL.<br>　　　　Defendants. | No. CV 21-576 PA (JCx)<br><br>JUDGMENT |

In accordance with the Court's January 4, 2022 Order granting the Motion for Summary Judgment filed by plaintiff Anthony Bouyer ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.　Plaintiff shall have judgment in his favor and against defendant Santa Susana GRF2, LLC ("Defendant");

2.　Defendant is ordered to provide an accessible parking space at the property located at 2242 Tapo St., Simi Valley, California, in compliance with the Americans with Disabilities Act Accessibility Standards.

DATED: January 4, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　　　United States District Judge